FILED BY _____ D.C.

05 JUL 13 PM 1:40

UNITED STATES DISTRICT COURT

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Thomas M. Gould
Clerk of Court

Memphis        901-495-1200
Fax            901-495-1250
Jackson        901-427-6586
Fax            901-427-9210

DATE:    July 13, 2005

NOTICE TO ALL PARTIES

RE:      CRIMINAL CASE NO. 2:04cr20283
         UNITED STATES OF AMERICA vs. Marion Albert Barahona

   ____  RULE 20 (Consent to Transfer of Case for Plea and Sentence)

   XX    RULE 40 TRANSFER

Documents, Commitment & Warrant of Removal, Order of Detention, Waiver of Rights, Minutes of Rule 40 proceedings, Exhibit & Witness List, Minutes of Detention Hearing, Financial Affidavit, Minutes of court proceedings, Order of temporary detention pending hearing, Minutes of out-of-district case, Govt's notice of request for detention, Copy of warrant for arrest, Affidavit of out-of-district warrant, Report commencing criminal action, as to the above-named defendant, have been received from the United States District Court, Central District of California, Western Division. Please refer to document #10 in the case record.

                                    Sincerely,

                                    Thomas M. Gould,
                                    Clerk of Court

                                    BY: _____
                                        Deputy Clerk

cc:  Mag. Diane K. Vescovo
     Casemanager



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CR-20283 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT