# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

FILED BY _____ D.C.

05 AUG 26 AM 8: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                    CR. No.: 04-20283-M1

MARIO BARAHONA,

   Defendant.

## ORDER GRANTING MOTION TO CONTINUE REPORT DATE

IT APPEARING to the Court that Defendant's motion to continue the currently scheduled report date is well taken, not opposed and ought to be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the report date of the Defendant MARIO BARAHONA is hereby re-set to _Oct. 28_, 2005. at 9:00 a.m.

**IT IS SO ORDERED.**

_____
THE HONORABLE
JON P. McCALLA
JUDGE
UNITED STATES DISTRICT COURT

_Aug 25, 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-26-05_

(24)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20283 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT